IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
EGIDIO BATISTA,                                              )    Civil Action No.
                                                             )
                Plaintiff,                                   )
                                                             )
        v.                                                   )    **NOTICE OF APPEARANCE**
                                                             )
SATA INTERNACIONAL a/k/a SATA                                )
INTERNATIONAL and AZORES EXPRESS,                            )
INC.,                                                        )
                                                             )
                Defendants.                                  )
------------------------------------------------------------x

05 - 10492 RCL

Please enter the appearance of Kathleen M. Guilfoyle of Campbell Campbell Edwards & Conroy, P.C. as counsel for the defendant Azores Express, Inc.

Dated:      Boston, Massachusetts
            March 15, 2005

                                    **AZORES EXPRESS, INC.**

                                    By its attorneys,
                                    CAMPBELL CAMPBELL EDWARDS & CONROY, PC


                                    _____
                                    Richard P. Campbell, BBO #071600
                                    Kathleen M. Guilfoyle, BBO #546512
                                    One Constitution Plaza
                                    Boston, Massachusetts 02129
                                    (617) 241-3061

                                    -and-

-2-

CONDON & FORSYTH LLP

*Michael J. Holland (KMG)*
Michael J. Holland, Esq.
7 Times Square
New York, New York 10036
(212) 490-9100

TO:  Anthony Tarricone, Esq.
Stanley D. Helinski, Esq.
Sarrouf, Tarricone & Flemming
Attorneys for Plaintiff
95 Commercial Wharf
Boston, Massachusetts 02110
(617) 227-5800

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on 3/15/05.

*Kathleen M. Guppy*