IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------------x
)
EGIDIO BATISTA,                )   Civil Action No.
)
       Plaintiff,              )
)
v.                             )   **NOTICE OF APPEARANCE**
)
SATA INTERNACIONAL a/k/a SATA  )
INTERNATIONAL and AZORES EXPRESS, )
INC.,                          )
)
       Defendants.             )
------------------------------------------------------x

05 - 10492 RCL

Please enter the appearance of Kathleen M. Guilfoyle of Campbell Campbell Edwards & Conroy, P.C. as counsel for the defendant Azores Express, Inc.

Dated:   Boston, Massachusetts
         March 15, 2005

                     **AZORES EXPRESS, INC.**

                     By its attorneys,
                     CAMPBELL CAMPBELL EDWARDS & CONROY, PC


                     _/s/ Kathleen M. Guilfoyle_
                     Richard P. Campbell, BBO #071600
                     Kathleen M. Guilfoyle, BBO #546512
                     One Constitution Plaza
                     Boston, Massachusetts 02129
                     (617) 241-3061

                         -and-

CONDON & FORSYTH LLP

*Michael J. Holland (KMG)*
Michael J. Holland, Esq.
7 Times Square
New York, New York 10036
(212) 490-9100

TO: Anthony Tarricone, Esq.
Stanley D. Helinski, Esq.
Sarrouf, Tarricone & Flemming
Attorneys for Plaintiff
95 Commercial Wharf
Boston, Massachusetts 02110
(617) 227-5800

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on 3/15/05.

*Kathleen M. Guyay*

-2-