IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
                                                         )
EGIDIO BATISTA,                                          )   Civil Action No.
                                                         )
            Plaintiff,                                   )
                                                         )
    v.                                                   )   **CORPORATE DISCLOSURE**
                                                         )   **STATEMENT PURSUANT TO**
SATA INTERNACIONAL a/k/a SATA                            )   **LOCAL RULE 7.3(A)**
INTERNATIONAL and AZORES EXPRESS,                        )
INC.,                                                    )
                                                         )
            Defendants.                                  )   05-10492 RCL
                                                         )
---------------------------------------------------------x

Pursuant to Local Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, defendant AZORES EXPRESS, INC. certifies that the following are parent corporations and any publicly held corporation that owns more than 10% of stock of AZORES EXPRESS, INC.:

    SATA AIR ACORES

Dated:   Boston, Massachusetts
         March 15, 2005

                              **AZORES EXPRESS, INC.**

                              By its attorneys,
                              CAMPBELL CAMPBELL EDWARDS & CONROY, PC


                              _____
                              Richard P. Campbell, BBO #071600
                              Kathleen M. Guilfoyle, BBO #546512
                              One Constitution Plaza
                              Boston, Massachusetts 02129
                              (617) 241-3061

-2-

-and-

CONDON & FORSYTH LLP

*Michael J. Holland (KMG)*
Michael J. Holland, Esq.
7 Times Square
New York, New York 10036
(212) 490-9100

TO:   Anthony Tarricone, Esq.
Stanley D. Helinski, Esq.
Sarrouf, Tarricone & Flemming
Attorneys for Plaintiff
95 Commercial Wharf
Boston, Massachusetts 02110
(617) 227-5800

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail hand on 3/15/05

*Kathleen M. Guirfoyle*

-2-