IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                                )
EGIDIO BATISTA,                                                 )   Civil Action No.
                                                                )   05-10492 RCL
        Plaintiff,                                              )
                                                                )
   v.                                                       )   **CORPORATE DISCLOSURE**
                                                                )   **STATEMENT PURSUANT TO**
SATA INTERNACIONAL a/k/a SATA                                   )   **LOCAL RULE 7.3(A)**
INTERNATIONAL and AZORES EXPRESS,                               )
INC.,                                                           )
                                                                )
        Defendants.                                             )
---------------------------------------------------------------x

Pursuant to Local Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned attorney of record for defendant SATA Internacional a/k/a SATA International certifies that the following are parent corporations and any publicly held corporation that owns more than 10% of stock of SATA Internacional a/k/a SATA International:

        SATA AIR ACORES

Dated:  April 7, 2005                              SATA INTERNATIONAL,
        Boston, MA
                                                   By its attorneys,
                                                   CAMPBELL CAMPBELL EDWARDS & CONROY, PC


                                                   /s/ Kathleen M. Guilfoyle
                                                   Richard P. Campbell, BBO #071600
                                                   Kathleen M. Guilfoyle, BBO #546512
                                                   One Constitution Plaza
                                                   Boston, Massachusetts 02129
                                                   (617) 241-3061

-2-

-and-

Michael J. Holland, Esq.
CONDON & FORSYTH LLP
7 Times Square
New York, New York 10036
(212) 490-9100

Attorneys for Defendant SATA Internacional
a/k/a SATA International

TO:  Anthony Tarricone, Esq.
Stanley D. Helinski, Esq.
Sarrouf, Tarricone & Flemming
Attorneys for Plaintiff
95 Commercial Wharf
Boston, Massachusetts 02110
(617) 227-5800

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on 4/7/05.