IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:05-cv-10492-RCL

----------------------------------------------------------------x
)
EGIDIO BATISTA,                                                 )
                                                                )
            Plaintiff,                                          )
                                                                )
    v.                                                          )
                                                                )
SATA INTERNACIONAL a/k/a SATA                                   )
INTERNATIONAL and AZORES EXPRESS,                               )
INC.,                                                           )
                                                                )
            Defendants.                                         )
                                                                )
----------------------------------------------------------------x

### ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL J. HOLLAND

Defendant SATA INTERNACIONAL a/k/a SATA INTERNATIONAL and AZORES EXPRESS, INC. (the "defendants"), by and through the undersigned counsel of record, hereby move, pursuant to Local Rule 83.5.3, for the admission, *pro hac vice*, of Michael J. Holland, a partner at the firm of Condon & Forsyth LLP, with offices at 7 Times Square, New York, New York 10036. Such admission is for the purpose of this case only.

As grounds for this motion, and as set forth in the Affidavit of Michael J. Holland attached hereto, the defendants and undersigned counsel state as follows:

1.   Mr. Holland is duly admitted and licensed to practice law in New York, the Supreme Court of the United States, the First, Second, Third, Sixth, Seventh, Ninth and District of Columbia Court of Appeals, and the United States District Court for the Southern and Eastern

Districts of New York;

2. Mr. Holland is in good standing and eligible to practice law in all of the above jurisdictions.

3. There are no disciplinary proceedings against him as a member of the bar in any jurisdiction;

4. Mr. Holland is not currently suspended or disbarred in any jurisdiction.

5. He is familiar with the Local Rules for the United States District Court for the District of Massachusetts.

6. Counsel for the plaintiff has assented to this motion.

The defendants have requested that Mr. Holland represent them in this action.

WHEREFORE, the defendants and the undersigned respectfully request that the motion be allowed and that Michael J. Holland be admitted to practice before this Court for the duration of this action.

ASSENTED TO:

Plaintiff,
EGIDIO BATISTA,

By his attorneys,
SARROUF, TARRICONE & FLEMMING

*Stanley Helinski (ucmb)*

Anthony Tarricone, BBO #
Stanley D. Helinski, BBO #
95 Commercial Wharf
Boston, MA 02110
(617) 227-5800

Defendants,

SATA INTERNACIONAL a/k/a SATA INTERNATIONAL and AZORES EXPRESS, INC.

By its attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

*Kathleen M. Guilfoyle*

Richard P. Campbell, BBO #071600
Kathleen M. Guilfoyle, BBO #546512
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

-3-

CERTIFICATE OF SERVICE

    I hereby certify that on April 15, 2005, I served a copy of the Assented-To Motion For Admission *Pro Hac Vice* of Michael J. Holland via first-class mail, postage prepaid, to the following counsel of record:

                                              Kathleen M. Guilfoyle