IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

EGIDIO BATISTA,

    Plaintiff,

v.

SATA INTERNACIONAL a/k/a SATA INTERNATIONAL and AZORES EXPRESS, INC.,

    Defendants.

Civil Action No. 0510492 RCL

***PRO HAC VICE* AFFIDAVIT**

---

### LR 83.5.3(b) AFFIDAVIT OF MICHAEL J. HOLLAND

NOW COMES the affiant and states as follows:

1. My name is Michael J. Holland, and I am a partner at the law firm of Condon & Forsyth LLP, with offices at 7 Times Square, New York, New York 10036, telephone number (212) 490-9100.

2. I am an attorney duly admitted and licensed to practice law in the following courts:

State of New York, the Supreme Court of the United States, the First, Second, Third, Sixth, Seventh, Ninth and District of Columbia Courts of Appeal, and the United States District Court for the Southern and Eastern Districts of New York.

3. I am in good standing and eligible to practice law in all the aforementioned jurisdictions.

4. I am not currently suspended or disbarred in any jurisdiction.

5 There are no disciplinary proceedings pending against me in any jurisdiction.

6 I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7 Defendant SATA INTERNACIONAL a/ka/ SATA INTERNATIONAL and AZORES EXPRESS, INC. have requested that Condon & Forsyth LLP represent them in this case.

Dated: April 6, 2005

Michael J. Holland

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Personally appeared Michael J. Holland and swore that the statements contained in this affidavit are true to the best of his knowledge, belief and opinion.

Dated: April 6, 2005

_____
Notary Public/Justice of the Peace

MARY ANN ROONEY
NOTARY PUBLIC, State of New York
No. 31-4672706
Qualified in Queens County
Commission Expires May 31, 2006

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on 4/15/05.

3