IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                                )
EGIDIO BATISTA,                                                 )   Civil Action No.
                                                                )   1:05-CV-10492 RCL
        Plaintiff,                                              )
                                                                )
  v.                                                            )
                                                                )
SATA INTERNACIONAL a/k/a SATA                                   )
INTERNATIONAL and AZORES EXPRESS,                               )
INC.,                                                           )
                                                                )
        Defendants.                                             )
---------------------------------------------------------------x

## CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)

Defendant SATA INTERNACIONAL a/k/a SATA INTERNATIONAL and AZORES EXPRESS, INC. hereby certifies that its authorized representative has conferred with counsel for defendant SATA INTERNACIONAL a/k/a SATA INTERNATIONAL and AZORES EXPRESS, INC.:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| SATA INTERNACIONAL a/k/a SATA INTERNATIONAL and AZORES EXPRESS, INC.<br><br>By its Attorneys, | SATA INTERNACIONAL a/k/a SATA INTERNATIONAL<br><br>By _____<br>        Nuno Puim |
| Campbell Campbell Edwards & Conroy<br>Professional Corporation<br><br>_____<br>Richard P. Campbell, BBO #071000<br>Kathleen M. Guilfoyle, BBO #546512<br>One Constitution Plaza<br>Boston, Massachusetts 02129<br>(617) 241-3061<br><br>        -and-<br><br>Michael J. Holland, Esq.<br>CONDON & FORSYTH LLP<br>7 Times Square<br>New York, New York 10036<br>(212) 490-9100 | AZORES EXPRESS, INC.<br><br>By _____<br>        Nuno Puim<br><br><br><br>I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mailed on 5/20/05.<br><br>_____ |