**SARROUF, TARRICONE & FLEMMING**

LAWYERS
A PROFESSIONAL CORPORATION

95 COMMERCIAL WHARF • BOSTON, MASSACHUSETTS 02110
TELEPHONE 617 227-5800 • FAX 617 227-5470
WWW.STFLAW.COM

Camille F. Sarrouf
Anthony Tarricone
John B. Flemming
Daniel J. Gibson
Camille F. Sarrouf, Jr.
Joseph P. Musacchio
Elise A. Brassil
Stanley D. Helinski

June 6, 2005

Lisa Hourihan, Clerk to the
Honorable Reginald C. Lindsay
District Judge
John Joseph Moakley U.S. Courthouse
Suite 5130
1 Courthouse Way
Boston, MA 02210

    Re:    **Egidio Batista**
           **v.**
           **Sata International, a/k/a Sata International, et al**
           **USDC Civil Action No. 05-10492-RCL**

Dear Ms. Hourihan:

    I am writing to confirm that the parties have reached a settlement of the above-referenced case. Accordingly, would you please cancel the Scheduling Conference that is now scheduled for June 15, 2004. We will forward dismissal papers in due course.

    Please call me should you have any questions or concerns.

    Thank you kindly.

Sincerely,

Anthony Tarricone

AT/kmb
cc:    Richard P. Campbell, Esq.          Michael J. Holland, Esq.
       Campbell, Campbell, Edwards & Conroy, P.C.   Condon & Forsyth, LLP
       One Constitution Plaza              7 Times Square
       Boston, MA 02129                  New York, NY 10036