IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                               )
EGIDIO BATISTA,                                                )
                                                               )   Civil Action No.
                                                               )   05-10492 RCL
            Plaintiff,                                         )
                                                               )
   v.                                                          )   **STIPULATION AND ORDER OF**
                                                               )   **DISMISSAL WITH PREJUDICE**
SATA INTERNACIONAL a/k/a SATA                                  )
INTERNATIONAL and AZORES EXPRESS,                              )
INC.,                                                          )
                                                               )
            Defendants.                                        )
---------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the above-entitled action is hereby dismissed with prejudice and without costs and that an order may be entered to that effect without further notice to the parties.

Dated: Boston, Massachusetts
       June 17, 2005

SARROUF, TARRICONE & FLEMMING           CAMPBELL CAMPBELL EDWARDS & CONROY


By _____              By _____
    Anthony Tarricone, BB0 #492480          Richard P. Campbell, BBO #071600
Attorneys for Plaintiff                     Kathleen M. Guilfoyle, BBO #546512
95 Commercial Wharf                     One Constitution Plaza
Boston, Massachusetts 02110             Boston, Massachusetts 02129
(617) 227-5800                          (617) 241-3061

                                                    -and-

-2-

                                        Michael J. Holland, Esq.
                                        CONDON & FORSYTH LLP
                                        7 Times Square
                                        New York, New York  10036
                                        (212) 490-9100

                                        Attorneys for Defendants

SO ORDERED:

_____
    U.S.D.J.